UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Franklin Brown,

    Plaintiff,

v.

United States of America,

    Defendant.

No. 14 C 6109
Judge James B. Zagel

## MEMORANDUM OPINION AND ORDER

Franklin Brown, a federal inmate at the Forest City, Arizona Federal Correctional Institution, filed a Fed. R. Crim. P. 41(g) petition for the return of property seized in his criminal case, No. 09CR671 (watches, jewelry, $71,500). Brown was found guilty following a jury trial on 1/26/2012, and sentenced on 7/18/2012. *See* Case No. 09CR671 (N.D. Ill.).

Although Brown's criminal case is no longer pending in this Court, he may seek the return of property pursuant to Rule 41(g) in an ancillary civil proceeding. *United States v. Norwood*, 602 F.3rd 830,832 (7th Cir. 2010). The property that Mr. Brown is seeking, however, was administratively forfeited and sold at an auction by the IRS in 2010. Because the government no longer possesses the property in question, this petition is dismissed.

ENTER:

James B. Zagel
United States District Judge

DATE: June 30, 2015

1